United States District Court
500 N. State Line Avenue
Texarkana Texas 75501

5:20-CV-00143

Eric Flores, pro se petitioner

vs

United State Department of Justice, respondant
United State Department of Education, respondant
Federal Bureau of Investigation, respondant

# PETITION AGAINST VOTEING DISCRIMINATION RESULTING IN MASS MURDER

(1) Table of Contents
(2) Opinions Below
(3) Parties of Interest
(4) Questions Presented
(5) Constitutional Statutes
(6) Jurisdictional Statement
(7) Statement of the Case
(8) Statement of Facts
(9) Summary of Arguement
(10) Arguement
(11) Conclussion and Prayer

Pleaded By: (1 of 18 pages)
Eric Flores, pro se petitioner TDCJ No. 205180
3949 State Hwy 98 New Boston Texas 75570

(2) Opinions Below

(i) Just a few months after a group of voting rights activists including John Lewis were beaten by Alabama state troopers on the Edmund Pettus Bridge in 1965, the Voting Rights Act was made law.

August 6, 2020 marks 55 years since President Lyndon B. Johnson signed the Voting Rights Act and just seven years since the Supreme Court struck down its key enforce enforcement provision, which advocates say paved the way for the return of widespread minority voter suppression.

In 2013, the Supreme Court ruled that the coverage formula was unconstitutional in the case of Shelby County vs. Holder, leaveing Section 5 unenforceable. In the court's decisi decision, Chief Justice John Roberts noted that voter registration and turnout had risen dramatically and reasoned that the formula was "based on decades-old data and

based on databases, old data and outdated practices. (2020, August 6, N'dea Yancey Bragg, USA Today NewsPaper, Elections 2020).

(3) Parties of Interest

(i) United State Department of Justice, et al, 950 Pennsylvania Avenue N.W., Washington D.C., 20530

(ii) United State Department of Education, et al, Office of Inspector General, 1999 Bryant Street Dallas Texas 75201

(iii) Federal Bureau of Investigation, et al, 600 S. Mesa Hills Drive El Paso Texas 29912

(iv) Eric Flores, TDCJ No. 2051801 Telford Unit 3899 State Hwy 98 New Boston Texas 75570

(4) Question Presented

(i) Whether it is discriminatory to prohibit convicted prisoner from voting in political election during their incarceration.

(5) Constitutional Statutes

Voting Rights Act of 1965

(6) Jurisdictional Statement

The federal court has exclussive jurisdict

jurisdiction over cause of actions brought under the Voting Rights Act of 1965.

(7) Statement of the Case

The Voting Rights Act of 1965 provided the government a way to enforce the 15th Amendment, outlawed literacy test and other practices used to disenfranchise racial and language minorities citizen and provided nationwide protection for voting rights.

The core piece of the Voting Rights Act of 1965 is the Section (5) five preclearance requirement, which requires certain commun communities to get approval from federal authorities before making any changes that would affect voting to ensure that proposed changes would not result in discrimination.

The effects of the act were almost imm immediate, with minority voter registration increaseing by nearly 70% by the next

election, according to James Cobb, historian, professor at the University of Georgia and a former president of the Southern Historical Association.

"It has an enormous effect on Black voter registration which way more than doubles", Cobb said. "Pretty quickly you see the South gaining not just minorities voters but minorities officeholders."

Research has shown that the preclearance requirement substantially increased voter turnout, driven by minorities, as recently as 2012.

In 2013, the Supreme Court ruled that the coverage formula was unconstitutional in the case of Shelby County vs. Holder, leaving Section 5 unenforceable.

In the court's decision, Chief Justice John Roberts noted that voter registration and turnouts had risen dramatically and reason

reasoned that the formula was "based on decades old data and eradicated practices." "Racial disparity in those numbers was compelling evidence justifying the preclea- preclearance remedy and the coverage formula," he wrote. "There is no longer such a disparity."

In the wake of the Shelby County decisi decision, "efforts to suppress the voting rights of minorities have intensified," said Kristen Clarke, president and executive director of the National Lawyers' Committee for Civil Rights Under Law.

Lawmakers in (25) twenty five states have introduced hundreds of measures that make it harder to vote since 2010, accor according to the Brennan Center For Justice. Following the Shelby County decision, many states — including those previously cov covered by the preclearance requirement

began implementing voter ID laws, purging voter rolls, closing polling places, cutting early voting and challenging eligibility, according to a 2018 report from the U.S. Commission on Civil Rights.

"Without preclearance, elections occurred under laws that were later found to be intentionally discriminatory to people of color, but enforcement and litigation under the Voting Rights Act's remaining provisions have been made inadequate, costly and often slow," the commission found.

"Without that federal review process, we've literally seen rampant voter suppression efforts overtake parts of the country within the last several years," Clarke said. "States like Georgia, Texas, and North Carolina top the list."

For example state and federal law enforcement officials are engaging in

(7 of 18 pages)

in corrupt practices such as facilitating a conspiracy of criminal entrapment to illegally incarcerate minorities for law enforcement job security purposes in wh in which was solely intended to disenfran disenfranchise minorities from particip participating in voteing in state and fed federal political elections based upon the fact that (1) one in every (8) eight pris prisoners is white national origin whereas (2) seven in every (8) eight prisoners are minority colored people which tends to form the basis of a national origin or color discrimination because the maj majority of the prison population is minor minorities whom are compelled into a conspiracy of criminal entrapment to be illegally incarcerated as a method of disenfranchise minorities from partici participating in voteing in state and

(8 of 18 pages)

federal political election and therefore the minorities citizen have not been able to cast a vote to elect an official that will protect the minorities citizen from being murdered and decapitated by prison officials.

The above discribed standard of conduct conduct has gone on so long for great periods of time that it has drastically effected the minority citizens self esteem like never to be undone in which has been used by prison officials as a manner and means to intimidate, coerce, or force the minorities citizen to coincide with the prison officials conspiracy of murdering and decapitating many other prisoners and their entire family households constitutaing premeditated capital mass murder in the first degree. (2020, N'dea Yancey-Bragg; USA Today News Paper


8) Statement of Facts

The corrupt prison officials for the Texas Department of Corrections have retaliated against the petitioner for complaining to the courts about the ongoing conspira conspiracy of fabercation of court judge judyements by influenceing, instructing, coerceing, directing, or otherwise bribe bribeing and solicitateing correctional officers to use surgical instruments to cutt off or decapitate the head from the body of the petitioners son and step mother in the visitors parking lot for the John B. Connally Junior Unit in Karnes County Kenedy Texas.

The incident begins when the petitioners son and step mother travel from Pueblo Colorado to Kenedy Texas to visit the petitioner at the institutional correctional facility named John B. Connally Junior Unit. At the time that the petitioners son and

step mother arrived to the visitors park parking lot for the John B. Connally Junior Unit, the wardens (last name) Stengel, Williams, and Givens used a deadly weapon such as a gun to shoot and kill the petitioners son and step mother. After shooting and killing the petitioners son and step mother, the wardens (last name) Stengel, William, and Given then used surgical instruments to cut off or decapitate the heads from the dead body of the petitioners son and step mother.

After decapitateing the petitioners son and step mother, the wardens (last name) William, Stengel, and Givens then altogether conspired to take turns inserting their male organ or penis in and out of the decapitated head of the petitioners son and step mothers so as if to have

(11 of 18 pages)

sexual intercourse with the brain of the decapitated head of the petition petitioners son and step mother in a very aggressive manner.

After sexually abuseing the petitioners son and step mothers dead body and head, the wardens (lost name) stengel, Williams, and Givens then gave the decap decapitated head of the petitioners son and step mother to several prison cha chaplains named Larry Reeh, John Moczy Moczygemba, and Briley (lost name) whom altogether conspired to take turns insert inserting their male organ or penis in and out of the decapitated head of the petitioners son and step mother so as if to have sexual intercourse with the brain of the decapitated head of the petitioners son and step mother in a very aggressive manner.

(12 of 18 pages)

Thereafter the prison chap tains named John Moczygemba, Larry Rech, and Brila (last name) then gave the decapitated head of the petitioners son and step mother to a group of inmates serving a life sentence whom altogether conspired to take turns inserting their male organ or penis in and out of the decapitated head of the petitioners son and step mother so as if to have sexual intercourse with the brain of the decapitated head of the petitioners son and step mother in a very egg-aggressive manner.

The group of inmates serving a life sentence then gave the decapitated head of the petitioners son and step mother to a high ranking correc correctional officer named Major John Cirone whom together with his siblings

conspired to take turns inserting their male organ or penis in and out of the decapitated head of the petitioners son and step mother so as if to have sexual intercourse with the brain of the decapitated head of the petitioners son and step mother in a very aggress aggressive manner.

The prison officials have threatened to use surgical instruments to cutt off or decapitate the head from the body of the petitioner if the petitioner does not discontinue writeing to the courts to complain about the prison officials conspiracy of fabercation of court judg judgements.

(9) Summary of Arguement
A person by the last name of Abudu of the Southern Poverty Law Center called for the reauthorization of the Voting Right

(14 of 18 pages)

Voting Rights Act, the passage of the Voting Rights Advancement Act that was passed in December with Lewis presid presiding over the vote.

The bill, which the House agreed last week to name after Lewis, who died July 17 at 80, would amend the 1965 law to create a new way to deter determine if states require oversight for violating minority voting rights.

It has not been taken up by the Republican-controled Senate, and min minority lawmakers are also calling on Congress to honor Lewis' legacy and support the legislation.

"We want to see some real leadership at the state level with the support from the federal government when it comes to ensureing everyone who's eligible has a real opportunity

a real opportunity to vote."

(10) Arguement

The petitioner is seeking relief from imm imminent danger such as death if he can not vote to elect an official to protect him from being murdered and decapitated by prison officials.

There is a substantial likelyhood that the petitioner will suffer irreparable injury such as death if he can not vote to elect an official to protect him from being murdered and decap decapitated by prison officials.

The threat of irreparable injury such as death if the petitioner can not vote to elect an official to protect him from being murdered and decapitated by prison officials, far outweighs the legal injury, if any, that the respon respondants will suffer if the petiti

(16 of 18 pages)

petitioner can vote to elect an official that will protect him from being mur- murdered and decapitated by prison officials.

The petitioners ability to vote will serve the prison populations health and safety.

(V) Conclussion and Prayer
Wherefore Primises considered in con- conformance with the prerequisites settforth herein the petitioner prays that the federal court to enter an order to allow convicted prisoners to vote during their incarceration to elect officials such as exonerated prisoners to protect prisoners from being murdered and decapitated by prison officials. The petitioner prays for general relief.

Respectfully Submitted
Eric Flores, pro se petitioner
(17 of 18 pages)

Pursuant to Penalty of Perjury 28 U.S.C.§ 1746 I Eric Flores hereby state, declare, and certify that this affidavit is true.

CERTIFICATE OF SERVICE

Pursuant to Penalty of Perjury 28 U.S.C.§ 1746 I Eric Flores hereby state, declare and certifies that true and correct copies of this here foregoing petition was sent to the fellow following parties of interest set forth below, in particular;

(i) U.S. Dept. of Justice 950 Pennsylvania N.W. Avenue Washington D.C. 20530

(ii) U.S. Dept. of Education 1999 Bryant Street Dallas Texas 75201

(iii) Federal Bureau of Investigation 660 S. Mesa Hills Drive El Paso Texas 79912.

(18 of 18 pages)