# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ERIC FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:20-CV-00143-RWS |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| JUSTICE, *ET AL.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** for failure to satisfy sanctions imposed upon Plaintiff by the Fifth Circuit Court of Appeals, with refiling conditioned upon the satisfaction of any and all sanctions imposed upon Plaintiff by any court within the jurisdiction of the Fifth Circuit Court of Appeals.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of March, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE